```
UNITED STATES DISTRICT COURT                    ┌─────────────────────────────┐
SOUTHERN DISTRICT OF NEW YORK                   │ USDC SDNY                   │
------------------------------------------X     │ DOCUMENT                    │
                                          :     │ ELECTRONICALLY FILED        │
GUADALUPE DE LA CRUZ MORENO and           :     │ DOC #:_____       │
ROSA TOLEDO CABRERA, individually and on  :     │ DATE FILED: 6/28/2019       │
behalf of all other persons similarly situated, :└─────────────────────────────┘
                                          :
                              Plaintiffs, :     15 Civ. 10078 (LGS) (GWG)
                                          :
              -against-                   :                ORDER
                                          :
HAPPY ANGEL NAIL SPA INC. and WANG        :
DONG, jointly and severally,              :
                              Defendants. :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 12, 2019, Judge Gorenstein issued a Report and Recommendation (the "Report") recommending (1) awarding Plaintiff Guadalupe De La Cruz Moreno $21,153.42 plus $1.93 per day in prejudgment interest from August 25, 2013, until the date of the judgment, (2) awarding Plaintiff Rosa Toledo Cabrera $51,448.12 plus $4.94 per day in prejudgment interest from July 4, 2014, until the date of the judgment, and (3) awarding the Plaintiffs jointly attorneys' fees and costs in the amount of $13,827.52;

WHEREAS, the Report stated that the parties "have fourteen (14) days (including weekends and holidays) from the service of this Report and Recommendation to file written objections;"

WHEREAS, no objections were timely filed;

WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1

(S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted);

WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report is adopted. Plaintiff Guadalupe De La Cruz Moreno is awarded $21,153.42 plus $1.93 per day in prejudgment interest from August 25, 2013, until the date of the judgment. Plaintiff Rosa Toledo Cabrera is awarded $51,448.12 plus $4.94 per day in prejudgment interest from July 4, 2014, until the date of the judgment. The Plaintiffs jointly are awarded attorneys' fees and costs in the amount of $13,827.52

Dated: June 28, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**